Betsy E. KING,[1] Petitioner
Below–Appellant,

v.

1. The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

Scott S. **BOOKER**, Respondent
Below–Appellee.

No. 29, 2015

Supreme Court of Delaware.

Submitted: June 5, 2015
Decided: August 20, 2015
As Corrected: August 28, 2015

Court Below—Family Court of the State of Delaware, in and for Kent County, File No. CK14–02067, Petition No. 14–19313

REVERSED.